**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-7429**

─────────────

GLEN MARK, JR.,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA; WARDEN VANYUR,

Respondents - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-98-372-H-5)

─────────────

Submitted: December 17, 1998      Decided: January 11, 1999

─────────────

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Glen Mark, Jr., Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Glen Mark, Jr., appeals from the district court's order denying his motion to reconsider the denial of his 28 U.S.C.A. § 2241 (West 1994 & Supp. 1998) petition. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See Mark v. United States, No. CA-98-372-H-5 (E.D.N.C. Sept. 17, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED